| | |
|---|---|
| 1 | Daniel Chammas, SBN 204825 |
|   | dchammas@fordharrison.com |
| 2 | Jason Shon, SBN 306198 |
|   | jshon@fordharrison.com |
| 3 | **FORD & HARRISON LLP** |
|   | 350 South Grand Avenue, Suite 2300 |
| 4 | Los Angeles, CA 90071 |
|   | Telephone: 213-237-2400 |
| 5 | Facsimile: 213-237-2401 |

Attorneys for Defendants
EDITION MANAGEMENT, LLC; and
MARRIOTT INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIANCA CODY, an individual, MARTEL DEVLIN, an individual, and IRIS WALKER, an individual, | Case No.: 2:23-cv-03263 MWF(MARx) |
| | [*Assigned to the Hon. Michael W. Fitzgerald, Courtroom 5A*] |
| Plaintiffs, | |
| vs. | **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |
| EDITION MANAGEMENT, LLC, a Delaware Limited Liability Company; MARRIOTT INTERNATIONAL, INC., a Delaware Corporation; MARJORIE YANZON, an individual; and DOES 1 through 50 inclusive, | [*Filed concurrently with Stipulated Protective Order*] |
| | Action Filed: March 17, 2023 |
| | Date of Removal: April 28, 2023 |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court having reviewed and considered the parties' Stipulated Protective Order, attached to this order as Exhibit A, and finding good cause therein, rules as follows:

The stipulation is GRANTED.

Dated: 9/18/2023

**IT IS SO ORDERED.**

_____
Honorable Margo A. Rocconi
United States Magistrate Judge

# Exhibit "A"

Case 2:23-cv-03263-MWF-MAR   Document 22   Filed 09/18/23   Page 4 of 4   Page ID #:492

# CERTIFICATE OF SERVICE

I, Rhoel Garcia, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, CA 90071.

On the date indicated below I served a copy of the following document(s) described below, on the interested parties in this action, as follows:

**PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER**

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I electronically served the documents on the date shown below to the e-mail addresses of the person listed below. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| Michael Elkin, Esq.<br>Jessica Gamboa, Esq.<br>Benjamin McLain, Esq.<br>Elkin Gamboa, LLP<br>4119 W. Burbank Blvd., Suite 110<br>Burbank, CA 91505<br>Email: michael@elkingamboa.com<br>       jessica@elkingamboa.com<br>       ben@elkingamboa.com | Attorneys for Plaintiffs<br>BIANCA CODY, MARTEL DEVLIN, and IRIS WALKER |

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and State of California that the above is true and correct.

Executed on September 15, 2023, at Los Angeles, California.

_____
Rhoel Garcia

WSACTIVELLP:112704354.1

Ford & Harrison LLP
Attorneys At Law
Los Angeles

i            Case No.:  2:23-cv-03263 MWF(MARx)
             CERTIFICATE OF SERVICE